KSC/07.14.20
CJR: USAO#2020R00531

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | UNDER SEAL |
| v. | * | CRIMINAL NO. GLR 20-cr-0210 |
| | * | |
| JACK ANDERSON IV, | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute Cocaine, 21 |
| CHE JARON DURBIN, | * | U.S.C. § 846; Possession with Intent to |
| | * | Distribute Cocaine, 21 U.S.C. § 841; |
| JAMEKA CARA THOMPSON, | * | Possession Of A Firearm In |
| | * | Furtherance Of A Drug Trafficking |
| Defendants | * | Crime, 18 U.S.C. § 924(c); Aiding and |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, 21 |
| | * | U.S.C. § 853, 28 U.S.C. § 2461(c), 18 |
| | * | U.S.C. § 924(d), and Fed. R. Crim. P. |
| | * | 32.2(a) |

## INDICTMENT

### COUNT ONE
### (Conspiracy to Distribute and Possess with
### Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland charges that:

From in or about May, 2019, through in or about May, 2020, in the District of Maryland,

the District of Arizona, and elsewhere,

**JACK ANDERSON IV,
CHE JARON DURBIN,
and
JAMEKA CARA THOMPSON,**

the defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate,

and agree with each other and others known and unknown to the Grand Jury to knowingly and

intentionally distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1)

21 U.S.C. §846.

## COUNT TWO
### (Possession with Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland further charges that:

On or about May 17, 2019, in the District of Maryland, the defendants,

**JACK ANDERSON IV,**
**CHE JARON DURBIN,**
**and**
**JAMEKA CARA THOMPSON,**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(b)(1)(B).
18 U.S.C. § 2.

## COUNT THREE

**(Possession with Intent to Distribute Cocaine)**

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2020, in the District of Maryland, the defendants,

**JACK ANDERSON IV,**
**CHE JARON DURBIN,**
**and**
**JAMEKA CARA THOMPSON,**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(b)(1)(B).
18 U.S.C. § 2.

4

## COUNT FOUR
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2020, in the District of Maryland, the defendant,

### JAMEKA CARA THOMPSON,

did knowingly and intentionally and unlawfully possess the following firearm, to wit: a loaded .45 caliber silver "Roughneck" handgun, serial number 193398, in furtherance of drug trafficking crimes for which she may be prosecuted in a court of the United States, as set forth in Counts One, and Three of this Indictment, which are incorporated herein by reference.

18 U.S.C. § 924(c).

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant(s) that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant(s)' convictions.

### Narcotics Forfeiture

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the Narcotics Count(s), the Defendant(s) convicted of such offense(s), shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense(s) alleged in Firearms Count(s), the Defendant(s) convicted of such offense(s) shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offense(s).

### Substitute Assets

4. Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant(s) up to the value of the property charged with forfeiture in the paragraphs above.

### Property Subject to Forfeiture

5. The property to be forfeited includes, but is not limited to, the following:

    a. One Rolex watch seized during the execution of a search warrant on Wellspring Drive in Aberdeen, Maryland;

    b. A loaded .45 caliber silver "Roughneck" handgun, bearing serial number 193398, seized during the execution of a search warrant at Palustris Lane in Abingdon, Maryland on or about May 12, 2020; and

    c. Approximately two rounds of .45 caliber ammunition seized during the execution of a search warrant at Palustris Lane in Abingdon, Maryland on or about May 12, 2020.

21. U.S.C. § 853; 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Fed. R. Crim. Pro. 32.2(a)

*Robert K. Hur/cjr*
Robert K. Hur

7

United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: 7/21/2020